[No. 8019-9-I.   Division One.   February 9, 1981.]

LEWIS D. LANDBURG, *Respondent,* v. COMBINED INSURANCE
COMPANY OF AMERICA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 263215, William L. Brown, Jr., J., entered June
29, 1979. *Reversed* by unpublished opinion per Ringold,
A.C.J., concurred in by Callow and Durham, JJ.

[No. 7858-5-I.   Division One.   February 9, 1981.]

RICHARD G. OLIVER, *Respondent,* v. MUNICIPALITY OF
METROPOLITAN SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 843030, Barbara J. Rothstein, J., entered July
11, 1979. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by James, C.J., and Callow, J.

[No. 7973-5-I.   Division One.   February 9, 1981.]

UNIVERSAL SEAFOODS, LTD., *Appellant,* v. CASCADE
TESTING LABORATORY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 830911, Liem E. Tuai, J., entered August 17,
1979. *Affirmed* by unpublished opinion per Durham, J.,
concurred in by Ringold, A.C.J., and Callow, J.

[No. 8255-8-I.   Division One.   February 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. SHENSHAY
C. HOLLINGSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. J-88381, T. Patrick Corbett, J., entered
December 5, 1979. *Dismissed* by unpublished opinion per
Durham, J., concurred in by James, C.J., and Ringold, J.